Jennifer Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
800 Menlo Ave, Suite 102
Menlo Park, CA 94025
Tel: (650) 461-9000
Fax: (650) 460-6967
Email: jliu@liulawpc.com

Robert Ottinger (Cal. Bar No. 156825)
THE OTTINGER FIRM, P.C.
535 Mission Street
San Francisco, CA 94133
Tel: (415) 262-0096
Fax: (212) 571-0505
Email: robert@ottingerlaw.com

*Counsel for Plaintiffs and the Proposed FLSA Collective and Class*

Additional Counsel listed on the next page.

Evan R. Moses (Cal. Bar No. 198099)
Melis Atalay, (Cal. Bar No. 301373)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:  213-239-9800
Facsimile:  213-239-9045
Email: evan.moses@ogletree.com
Email: melis.atalay@ogletree.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNA GIBSON and ZACHARIAH SAIZ-HAWES on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE VAIL CORPORATION D/B/A VAIL RESORTS MANAGEMENT COMPANY and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01260-KJM-AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE PLAINTIFFS' DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed:  April 20, 2021 |

Julian Burns King (Cal. Bar No. 298617)
Elliot J. Siegel (Cal. Bar No. 286798)
KING & SIEGEL LLP
724 Spring St., Suite 201
Los Angeles, CA 90014
Tel: (213) 465-4802
Fax: (213) 465-4802
Email: julian@kingsiegel.com
Email: elliot@kingsiegel.com

Justin Toobi, Esq. (Cal. Bar. No. 296174)
724 Spring St., Suite 201
Los Angeles, CA 90014
Tel: (310) 435-9407

*Counsel for Plaintiffs and the Proposed FLSA Collective and Class*

1

JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Anna Gibson and Zachariah Hawes and Defendant Vail Resorts Management Company (collectively, "the Parties"), by and through their respective counsel of record, herein agree and stipulate as follows:

**RECITALS**

WHEREAS, the Parties notified the Court that they had reached a settlement to resolve all claims in this wage and hour class and collective action case on August 12, 2021;

WHEREAS, the Court ordered Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement by October 15, 2021;

WHEREAS, the Parties have been working diligently to finalize a long-form settlement agreement, but require additional time to finalize the terms of the long-form settlement agreement and determine how to consolidate this action with the other related actions that will be included in the settlement (*Heggen v. Heavenly Valley, Limited Partnership*, 2:21-cv-00107-WBS-DB (E.D. Cal.); *Hamilton v. Heavenly Valley, Limited Partnership*, 2:21-cv-01608-MCE-DB (E.D. Cal.); and *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court); and

WHEREAS, the Parties anticipate needing an additional 14 days to finalize and execute a long-form settlement agreement.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that the Parties request the Court continue Plaintiffs' deadline to file their motion for preliminary approval of the class settlement by 14 days from the current deadline of October 15, 2021 to October 29, 2021.

**IT IS SO STIPULATED.**

DATED:  October 12, 2021                         THE LIU LAW FIRM, P.C.

                                                 By:  /s/ Jennifer Liu
                                                      Jennifer Liu

                                                 *Counsel for Plaintiffs*

DATED:  October 12, 2021                              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ Evan R. Moses (as authorized on 10/11/21)
      Evan R. Moses

*Counsel for Defendant*


### SIGNATURE ATTESTATION

    I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 12, 2021                              By:  /s/ Jennifer Liu
      Jennifer Liu

**ORDER**

The Court having reviewed the foregoing stipulation, and of good cause appearing therefore, the Court orders as follows:

Plaintiffs' deadline to file their motion for preliminary approval of the class action settlement is continued by 14 days from October 15, 2021 to October 29, 2021.

**IT IS SO ORDERED.**

DATED:  October 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE