UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA GIBSON and ZACHARIAH SAIZ-HAWES on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE VAIL CORPORATION D/B/A VAIL RESORTS MANAGEMENT COMPANY and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01260-KJM-AC<br><br>**ORDER GRANTING PARTIES' FOURTH STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)**<br><br>Complaint Filed:  April 20, 2021 |

Having considered the Fourth Joint Stipulation of plaintiffs Anna Gibson and Zachariah Saiz-Hawes and defendant The Vail Corporation d/b/a Vail Resorts Management Company (collectively referred to as "the Parties"), and for good cause shown, the Court orders as follows:

Defendant's deadline to file a response to Plaintiff's Complaint is extended from October 18, 2021 to November 17, 2021.

**IT IS SO ORDERED.**

DATED:  October 18, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1
ORDER