Jennifer Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
800 Menlo Ave, Suite 102
Menlo Park, CA 94025
Tel: (650) 461-9000
Fax: (650) 460-6967
Email: jliu@liulawpc.com

Robert Ottinger (Cal. Bar No. 156825)
THE OTTINGER FIRM, P.C.
535 Mission Street
San Francisco, CA 94133
Tel: (415) 262-0096
Fax: (212) 571-0505
Email: robert@ottingerlaw.com

*Counsel for Plaintiffs and the Proposed FLSA Collective and Class*

Additional Counsel listed on the next page.

Evan R. Moses (Cal. Bar No. 198099)
Melis Atalay, (Cal. Bar No. 301373)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:   213-239-9800
Facsimile:   213-239-9045
Email: evan.moses@ogletree.com
Email: melis.atalay@ogletree.com

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA GIBSON and ZACHARIAH SAIZ-HAWES on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE VAIL CORPORATION D/B/A VAIL RESORTS MANAGEMENT COMPANY and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01260-KJM-AC<br><br>**JOINT STIPULATION AND ORDER TO STAY CASE PENDING APPROVAL OF CLASS SETTLEMENT IN RELATED CASE**<br><br>Complaint Filed:  April 20, 2021 |

Julian Burns King (Cal. Bar No. 298617)
Elliot J. Siegel (Cal. Bar No. 286798)
KING & SIEGEL LLP
724 Spring St., Suite 201
Los Angeles, CA 90014
Tel: (213) 465-4802
Fax: (213) 465-4802
Email: julian@kingsiegel.com
Email: elliot@kingsiegel.com

Justin Toobi, Esq. (Cal. Bar. No. 296174)
724 Spring St., Suite 201
Los Angeles, CA 90014
Tel: (310) 435-9407

*Counsel for Plaintiffs and the Proposed FLSA Collective and Class*

1

JOINT STIPULATION TO STAY CASE PENDING APPROVAL OF CLASS SETTLEMENT IN RELATED CASE

Plaintiffs Anna Gibson and Zachariah Hawes and Defendant Vail Resorts Management Company (collectively, "the Parties"), by and through their respective counsel of record, herein agree and stipulate as follows:

**RECITALS**

WHEREAS, the Parties notified the Court that they had reached a settlement to resolve all claims in this wage and hour class and collective action case on August 12, 2021;

WHEREAS, the Court ordered Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement by October 15, 2021;

WHEREAS, the Court granted the Parties' Joint Stipulation to Continue Plaintiffs' Deadline to File Motion for Preliminary Approval of Class Settlement, to give the Parties additional time to finalize a long-form settlement agreement, which would, among other things, determine how to consolidate this action with the other related actions that will be included in the settlement (*Heggen v. Heavenly Valley, Limited Partnership*, 2:21-cv-00107-WBS-DB (E.D. Cal.) ("*Heggen*"); *Hamilton v. Heavenly Valley, Limited Partnership*, 2:21-cv-01608-MCE-DB (E.D. Cal.) ("*Hamilton I*"); and *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton II*")); continuing Plaintiffs' deadline to file their Motion for Preliminary Approval of Class Action Settlement to October 29, 2021;

WHEREAS, the Parties have now finalized a long-form settlement agreement, which will resolve all of the claims pled in this action, *Heggen*, *Hamilton I*, and *Hamilton II*, and are in the process of collecting client signatures on the agreement;

WHEREAS, the Parties have agreed in the long-form settlement agreement to seek approval of the class settlement in *Hamilton II*, and to immediately stay all deadlines in this case, *Heggen*, and *Hamilton I* pending approval of the class settlement in *Hamilton II*; and

WHEREAS, Plaintiffs anticipate filing a Motion for Preliminary Approval of the Class Action Settlement in *Hamilton II* at the earliest possible date;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that the Parties request the Court issue an order to stay all deadlines in this action and requiring the Parties file a Joint Status Report addressing the status of the settlement approval process, and any additional information

that the Court requires, on January 27, 2022, or such other date that the Court deems appropriate.

**IT IS SO STIPULATED.**

DATED:  November 3, 2021                     THE LIU LAW FIRM, P.C.

                                             By:  /s/ Jennifer Liu
                                                  Jennifer Liu

                                             *Counsel for Plaintiffs*

DATED:  November 3, 2021                     OGLETREE, DEAKINS, NASH, SMOAK &
                                             STEWART, P.C.

                                             By:  /s/ Evan R. Moses (as authorized on 10/29/21)
                                                  Evan R. Moses

                                             *Counsel for Defendant*

### SIGNATURE ATTESTATION

I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 3, 2021                      By:  /s/ Jennifer Liu
                                                  Jennifer Liu

**ORDER**

The court having reviewed the parties' stipulation, ECF No. 15, and of good cause appearing stays all deadlines in this action pending approval of class settlement in *Hamilton II*. The parties shall file a Joint Status Report addressing the status of the settlement approval process on January 27, 2022.  This order resolves ECF No. 15.

IT IS SO ORDERED.

DATED:  November 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE