Jennifer Liu (Cal. Bar No. 279370)
THE LIU LAW FIRM, P.C.
800 Menlo Ave, Suite 102
Menlo Park, CA 94025
Tel: (650) 461-9000
Fax: (650) 460-6967
Email: jliu@liulawpc.com

Robert Ottinger (Cal. Bar No. 156825)
THE OTTINGER FIRM, P.C.
535 Mission Street
San Francisco, CA 94133
Tel: (415) 262-0096
Fax: (212) 571-0505
Email: robert@ottingerlaw.com

Attorneys for Plaintiffs and the Proposed
FLSA Collective and Class

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNA GIBSON and ZACHARIAH SAIZ-HAWES, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE VAIL CORPORATION D/B/A VAIL RESORTS MANAGEMENT COMPANY and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01260-WBS-DB<br><br>District Judge:	Hon. William B. Shubb<br><br>Magistrate Judge:	Hon. Deborah Barnes<br><br>**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:	April 20, 2021<br>Date Removed:	July 19, 2021 |

**ORDER**

The Court grants the Parties' request to continue the Status Conference to **July 5, 2022, at 1:30 p.m.**  A joint status report re further proceedings shall be filed no later than **June 21, 2022**.

Dated:  March 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE