1  REBECCA PETERSON-FISHER, CA Bar No. 255359
   peterson-fisher@katzbanks.com
2  JENNIFER LIU, CA Bar No. Cal. Bar No. 279370
   liu@ katzbanks.com
3  KATZ BANKS KUMIN LLP
   235 Montgomery St., Suite 665
4  San Francisco, CA 94111
   Telephone:    415- 831-3260
5  Facsimile:    650-460-6967

6  ROBERT OTTINGER, CA Bar No. 156825
   robert@ottingerlaw.com
7  THE OTTINGER LAW FIRM
   535 Mission Street
8  San Francisco, CA 94133
   Telephone:    415- 262-0096
9  Facsimile:    212-571-0505

10 Attorneys for Plaintiffs and the
   Proposed FLSA Collective and Class
11

12 *[Additional Counsel on following page}*c

13
   **UNITED STATES DISTRICT COURT**
14
   **EASTERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| ANNA GIBSON and ZACHARIAH SAIZ-HAWES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE VAIL CORPORATION D/B/A VAIL RESORTS MANAGEMENT COMPANY; and DOES 1-50, inclusive, <br><br> Defendants. | **CASE NO.  2:21-cv-01260 WBS DB** <br><br> **JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER** <br><br> **Related to: 2:21-cv-00107 WBS DB** <br>       **2:21-cv-02251-WBS-DB** <br>       **2:21-cv-01608 WBS DB** <br><br> Complaint Filed: April 20, 2021 <br> District Judge:   Hon. William B. Shubb <br>                  Courtroom 5, Sacramento <br> Magistrate Judge: Hon. Deborah Barnes <br>                  Courtroom 27, Sacramento |

1  EVAN R. MOSES, CA Bar No. 198099
   evan.moses@ogletree.com
2  MELIS ATALAY, CA Bar No. 301373
   melis.atalay@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
5  Telephone:    213-239-9800
   Facsimile:    213-239-9045
6
   Attorneys for Defendant
7  THE VAIL CORPORATION

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Anna Gibson and Zachariah Saiz-Hawes ("Plaintiffs") and defendant THE VAIL CORPORATION DBA VAIL RESORTS MANAGEMENT COMPANY ("Defendant") (collectively the "Parties"), hereby submit this joint status report regarding the status of the case and settlement approval process in this Action and four other related cases: *Hamilton v. Heavenly Valley, Limited Partnership*, 2:21-cv-01608-WBS-DB (E.D. Cal.) ("*Hamilton* I"); *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); *Roberds v. The Vail Corporation et al*, Case No. 2:21-cv-02251-WBS-DB (E.D. Cal.) ("*Roberds*"); and *Heggen v. Heavenly Valley Limited Partnership*, 2:21-cv-00107-WBS-DB ("*Heggen*").

WHEREAS, on November 19, 2021, Randy Dean Quint, John Linn, and Mark Molina (collectively "Colorado Plaintiffs"), plaintiffs in another class and collective action against Defendant venued in Colorado captioned *Quint v. Vail Resorts, Inc.,* No. 1:20-cv-03569-DDD-GPG filed a motion to intervene in *Hamilton* II for the purpose of filing a motion to dismiss the action, which the court denied;

WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement Agreement that fully and finally resolves all claims in the Action, pending court approval, as well as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Roberds* ("the Settlement");

WHEREAS, on February 1, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action granting Plaintiffs' Motion for Preliminary Approval of the Settlement;

WHEREAS, Colorado Plaintiffs filed an objection to the Settlement;

WHEREAS, after considering all final approval papers, all objections to the Settlement, oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion for Final Approval of the Settlement ("Final Approval Order") and entered judgment;

WHEREAS, Colorado Plaintiffs moved to vacate the *Hamilton* II judgment, which the Court denied;

1    WHEREAS, Colorado Plaintiffs appealed both the order denying their motion to intervene
2 and the order denying their motion to set aside and vacate judgment;
3    WHEREAS, on October 10, 2024, the Court of Appeal issued an unpublished opinion that
4 reversed the trial court's orders in on non-parties' motions to: (a) intervene; and (b) to set aside and
5 vacate the judgment in *Hamilton* II;
6    WHEREAS, Defendant's petition for review filed with the California Supreme Court which
7 was not granted;
8    WHEREAS, remittitur issued on January 29, 2025;
9    WHEREAS, following a case management conference in *Hamilton* II on March 14, 2025,
10 the trial court entered an order adopting the parties' stipulated briefing schedule for Colorado
11 Plaintiffs' (now Intervenors') motion to dismiss, and set a hearing for June 6, 2025;
12    WHEREAS, the outcome of that motion may determine whether settlement approval
13 proceedings will again move forward in *Hamilton* II;
14    WHEREAS the Settlement provides that Plaintiffs will dismiss this action with prejudice
15 within 28 days after the Final Approval Order becomes a final, non-appealable order;
16    NOW THEREFORE, the Parties hereby jointly request that this Court continue the May 5,
17 2025 Status Conference to Monday, August 4 at 1:30 pm, or as soon thereafter as the Court's
18 calendar permits.

19 DATED: April 21, 2025                LIU LKATZ BANKS KUMIN LLP

21                                      By: /s/ Rebecca Peterson-Fisher
                                            Rebecca Peterson-Fisher
22                                      Attorneys for Plaintiffs and the

DATED: April 21, 2025

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Evan R. Moses
    Evan R. Moses
    Melis Atalay

Attorneys for Defendant
THE VAIL CORPORATION

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

(1)  The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, by **July 28, 2025**.

(3)  The Status Conference is reset for **August 11, 2025 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: April 23, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE