**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNA GIBSON and ZACHARIAH SAIZ-HAWES, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>THE VAIL CORPORATION D/B/A VAIL RESORTS MANAGEMENT COMPANY; and DOES 1-50, inclusive,<br><br>             Defendants. | CASE NO.  **2:21-cv-01260 WBS DB**<br><br>**ORDER GRANTING REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>**Related to: 2:21-cv-00107 WBS DB**<br>              **2:21-cv-02251-WBS-DB**<br>              **2:21-cv-01608 WBS DB**<br><br>Complaint Filed:  April 20, 2021<br>District Judge:     Hon. William B. Shubb<br>                              Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Deborah Barnes<br>                              Courtroom 27, Sacramento |

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

(1)  The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, by **December 29, 2025**.

(2)  A Status Conference is set for **January 12, 2026 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: October 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

91687760.v1-OGLETREE