REBECCA PETERSON-FISHER, CA Bar No. 255359
peterson-fisher@katzbanks.com
JENNIFER LIU, CA Bar No. Cal. Bar No. 279370
liu@katzbanks.com
KATZ BANKS KUMIN LLP
235 Montgomery St., Suite 665
San Francisco, CA 94111
Telephone:    415- 831-3260
Facsimile:    650-460-6967

ROBERT OTTINGER (Cal. Bar No. 156825)
robert@ottingerlaw.com
THE OTTINGER FIRM, P.C.
535 Mission Street
San Francisco, CA 94133
Telephone:    (415) 262-0096
Facsimile:    (212) 571-0505

Attorneys for Plaintiffs and the
Proposed FLSA Collective and Class

*[Additional Counsel on following page]*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA GIBSON and ZACHARIAH SAIZ-HAWES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE VAIL CORPORATION D/B/A VAIL RESORTS MANAGEMENT COMPANY; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. **2:21-CV-01260** WBS DB<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>**Related to:**   2:21-cv-00107 WBS DB<br>                       2:21-CV-02251-WBS-DB<br>                       2:21-cv-01608 WBS DB<br><br>Complaint Filed: April 20, 2021<br>District Judge:    Hon. William B. Shubb<br>                            Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Deborah Barnes<br>                            Courtroom 27, Sacramento |

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
MATTHEW R. RICHARDSON, CA BAR NO. 329252
matthew.richardson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendant
THE VAIL CORPORATION

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs ANNA GIBSON and ZACHARIAH SAIZ-HAWES, on behalf of themselves and all others similarly situated ("Plaintiff") and defendant THE VAIL CORPORATION ("Defendant") (collectively the "Parties"), hereby submit this joint status report regarding the status of the case and settlement approval process in this Action and four other related cases: *Hamilton v. Heavenly Valley, Limited Partnership*, 2:21-cv-01608-WBS-DB (E.D. Cal.) ("*Hamilton* I"); *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); *Roberds v. The Vail Corporation et al*, Case No. 2:21-cv-02251-WBS-DB (E.D. Cal.) ("*Roberds*"); and *Heggen v. Heavenly Valley Limited Partnership*, 2:21-cv-00107-WBS-DB ("*Heggen*").

WHEREAS, on November 19, 2021, Randy Dean Quint, John Linn, and Mark Molina (collectively "Colorado Plaintiffs"), plaintiffs in another class and collective action against Defendant venued in Colorado captioned *Quint v. Vail Resorts, Inc.,* No. 1:20-cv-03569-DDD-GPG filed a motion to intervene in *Hamilton* II for the purpose of filing a motion to dismiss the action, which the court denied;

WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement Agreement that fully and finally resolves all claims in the Action, pending court approval, as well as claims pled in related cases *Hamilton* I, *Heggen*, *Hamilton* II, and *Roberds* ("the Settlement");

WHEREAS, on February 1, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action granting Plaintiffs' Motion for Preliminary Approval of the Settlement;

WHEREAS, Colorado Plaintiffs filed an objection to the Settlement;

WHEREAS, after considering all final approval papers, all objections to the Settlement, oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion for Final Approval of the Settlement ("Final Approval Order") and entered judgment;

WHEREAS, Colorado Plaintiffs moved to vacate the *Hamilton* II judgment, which the Court denied;

1  WHEREAS, Colorado Plaintiffs appealed both the order denying their motion to intervene and the order denying their motion to set aside and vacate judgment;

3  WHEREAS, on October 10, 2024, the Court of Appeal issued an unpublished opinion that reversed the trial court's orders in on non-parties' motions to: (a) intervene; and (b) to set aside and vacate the judgment in *Hamilton* II;

6  WHEREAS, Defendant's petition for review filed with the California Supreme Court which was not granted;

8  WHEREAS, remittitur issued on January 29, 2025;

9  WHEREAS, following a case management conference in *Hamilton* II on March 14, 2025, the trial court entered an order adopting the parties' stipulated briefing schedule for Colorado Plaintiffs' (now Intervenors') motion to dismiss, and set a hearing for June 6, 2025;

12  WHEREAS, due to a series of scheduling conflicts, the hearing on the Colorado Plaintiffs' Motion to Dismiss was continued to September 12, 2025;

14  WHEREAS, on September 12, 2025, the Superior Court denied the Colorado Plaintiffs' Motion to Dismiss;

16  WHEREAS, on November 18, 2025, the Colorado Plaintiffs moved to stay or dismiss *Hamilton II*, which is set to be heard by the Superior Court on January 30, 2026;

18  WHEREAS the Settlement provides that Plaintiffs will dismiss this action with prejudice within 28 days after the Final Approval Order becomes a final, non-appealable order;

20  NOW THEREFORE, the Parties hereby jointly request that this Court continue the January 12, 2026 Status Conference to Monday, March 2, 2026, at 1:30 pm, or as soon thereafter as the Court's calendar permits to assess the impact of the pending motion.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 29, 2025 | KATZ BANKS KUMIN LLP |
| 3 | | |
| 4 | | By: /s/ Rebecca Peterson-Fisher<br>       Rebecca Peterson-Fisher |
| 5 | | |
| 6 | | Attorneys for Plaintiffs |
| 7 | | |
| 8 | DATED: December 29, 2025 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 9 | | |
| 10 | | By: /s/ Matthew R. Richardson |
| 11 | |     Evan R. Moses<br>    Melis Atalay<br>    Matthew R. Richardson |
| 12 | | |
| 13 | | Attorneys for Defendant<br>THE VAIL CORPORATION |

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

(1) The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, by **February 23, 2026**.

(3) A Status Conference is set for **March 9, 2026 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: January 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE